IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBRA ANN DIERCKS,

        Plaintiff,

v.                                                Case No. 19-1011-JWB

MARK LYSELL,
*d/b/a* THE OL' STUGA,

        Defendant.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 23) to amend the scheduling order filed on April 2, 2019 (ECF No. 9). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a.    All discovery shall be commenced or served in time to be completed by **December 20, 2019.**

b.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **September 9, 2019**, and from defendant by **October 25, 2019.** Disclosures and reports by any rebuttal experts are due by **November 22, 2019**.

c.    The final pretrial conference is rescheduled from October 24, 2019, to **January 8, 2020, at 11:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue,

1

Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **December 30, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    d.    The deadline for filing all other potentially dispositive motions is **January 24, 2020.**

    e.    The deadline for filing motions challenging admissibility of expert testimony is **January 24, 2020.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 29, 2019, at Kansas City, Kansas.

                                                        s/ James P. O'Hara  
                                                        James P. O'Hara  
                                                        U.S. Magistrate Judge